# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| E | 1586613 | | |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 1556 / 11/05/23

Offense Charged: ☐ CFR ☐ USC ☒ State Code: AL Code 9-11-236

Place of Offense: S6 Hunting Area

Offense Description: Factual Basis for Charge: Hunting or Possession During Closed Season

HAZMAT ☐

### DEFENDANT INFORMATION  Phone: (

Last Name: Robbins
First Name:
M.I.:

Street Address:

City:
Date of Birth (mm/dd/yyyy):

CDL ☐   Social Security No.

Height:   Weight:

### VEHICLE  VIN:
CMV ☐

Tag No.   State   Year   Make/Model   PASS ☐ Color

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 250  Forfeiture Amount
+ $30  Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov   $ 280  **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: USDC 120 12th St Columbus, GA 31905

Date:
Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*E1586613*